946 A.2d 1022

IN THE MATTER OF RICHARD W. BANAS,
AN ATTORNEY AT LAW.

May 5, 2008.

## ORDER

The Disciplinary Review Board having filed with the Court its decision in DRB 07–343, concluding on the record certified to the Board pursuant to *Rule* 1:20–4(f) (default by respondent), that **RICHARD W. BANAS of EAST HANOVER,** who was admitted to the bar of this State in 1978, should be censured for violating *RPC* 1.3 (lack of diligence) and *RPC* 1.4(b) (failure to communicate with client), and good cause appearing;

It is ORDERED that **RICHARD W. BANAS** is hereby censured; and it is further

ORDERED that the entire record of this matter be made a permanent part of respondent's file as an attorney at law of this State; and it is further

ORDERED that respondent reimburse the Disciplinary Oversight Committee for appropriate administrative costs and actual expenses incurred in the prosecution of this matter, as provided in *Rule* 1:20–17.